**LAWMAN ARMOR CORPORATION,**
Plaintiff–Appellant,

v.

**MASTER LOCK COMPANY,**
Defendant–Appellee.

No. 04–1276.

United States Court of Appeals,
Federal Circuit.

Nov. 3, 2004.

Before MAYER, Chief Judge,
GAJARSA and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**ISHIDA CO., LTD. and Heat and**
Control, Inc., Plaintiffs–
Appellees,

v.

Alfred A. TAYLOR, TNA North America, Inc., and TNA Australia Pty.,
Ltd., Defendants–Appellants.

No. 04–1102.

United States Court of Appeals,
Federal Circuit.

Nov. 3, 2004.

Before MAYER, Chief Judge,
GAJARSA and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.